# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Cobbler Nevada, LLC

                          Plaintiff,

v.                                                      Case No.: 1:15–cv–07530

                                                           Honorable Jorge L. Alonso

Does 1–33

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 23, 2015:

       MINUTE entry before the Honorable Jorge L. Alonso:Motion for discovery [7] prior to Rule 26(f) Conference is granted. Motion hearing set for 9/29/2015 on this motion is hereby stricken. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.